UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| RESIDENT PHYSICIANS ) | |
| ANTITRUST LITIGATION ) | Civil Action No. 02-0873 (PLF) |
| ) | |
| ) | |
| This Document Relates To: ) | |
| ) | |
| 02CV01091(PLF) Feinleib ) | |

**VOLUNTARY DISMISSAL OF CERTAIN CLAIM**

Pursuant to the accompanying Stipulation of Voluntary Dismissal, Plaintiff Steven E. Feinleib, respectfully moves that Case No. 02CV01091(PLF), captioned *Steven E. Feinleib, M.D.* v. *Association of American Medical Colleges, et al* be dismissed with prejudice. This motion does not affect Case No. 02:-0873(PLF), captioned *Paul Jung, M.D., et al.* v. *Association of American Medical Colleges, et al.*, which remains active under the caption *In re: Resident Physicians Antitrust Litigation*, Civil Action No. 02:0873(PLF).

Dated: November 21, 2002

    Michael L. Goldberg (D.C. Bar No. 384176)
    GOLDBERG BALL, P.C.
    1320 Old Chain Bridge Road, Suite 360
    McLean, VA  22101

    Liaison Counsel for Plaintiffs


    Krishna B. Narine
    SCHIFFRIN & BARROWAY, LLC
    Three Bala Plaza East, Suite 400
    Bala Cynwyd, PA 19004

Counsel for Steven E. Feinleib, M.D.