UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL JUNG, M.D., et al.,

Plaintiffs,

v.

ASSOCIATION OF AMERICAN MEDICAL COLLEGES, et al.,

Defendants.

Civil Action No. 02-0873 (PLF)

ORDER

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that the Motion of the Defendant the Cleveland Clinic Foundation to Dismiss Plaintiffs' Complaints Against the Cleveland Clinic Foundation for Lack of Personal Jurisdiction [21-1] is DENIED; it is

FURTHER ORDERED that Defendant Beth Israel Deaconess Medical Center's Motion to Dismiss the Complaint [27-1] is DENIED; it is

FURTHER ORDERED that Defendant Boston Medical Center's Motion to Dismiss the Complaint [29-1] is DENIED; it is

FURTHER ORDERED that Defendant Rhode Island Hospital's Motion to Dismiss the Complaint [31-1] is DENIED; it is

FURTHER ORDERED that Defendant Thomas Jefferson University Hospital's Motion to Dismiss the Complaint [33-1] is DENIED; it is

FURTHER ORDERED that Defendant Yale-New Haven Hospital's Motion to Dismiss the Complaint [35-1] is DENIED; it is

FURTHER ORDERED that the Motion of the Association of American Medical Colleges to Dismiss for Failure to State a Claim [37-1] is DENIED; it is

FURTHER ORDERED that the Motion of American Hospital Association to Dismiss Plaintiffs' Complaint for Failure to State a Claim [40-1] is GRANTED; it is

FURTHER ORDERED that Yeshiva University's Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted [45-1] is GRANTED; it is

FURTHER ORDERED the Defendant Rush-Presbyterian-St. Luke's Medical Center's Motion to Dismiss Pursuant to Rule 12(b)(2) [47-1] is DENIED; it is

FURTHER ORDERED that Defendant National Resident Matching Program's Motion to Dismiss and to Compel Arbitration [49-1] is DENIED; it is

FURTHER ORDERED that Defendant Barnes-Jewish Hospital's Motion to Dismiss [50-1] is DENIED; it is

FURTHER ORDERED that Defendant Emory University's Motion to Dismiss [54-1] is DENIED; it is

FURTHER ORDERED that Defendant Stanford Hospital & Clinics' Motion to Dismiss [58-1] is DENIED; it is

FURTHER ORDERED that Defendant Administrators of the Tulane Educational Fund's Motion to Dismiss [61-1] is DENIED; it is

FURTHER ORDERED that Defendant Washington University Medical Center's Motion to Dismiss [63-1] is GRANTED; it is

FURTHER ORDERED that Defendant University Hospitals of Cleveland, Inc.'s Motion to Dismiss the Complaints Pursuant to Fed. R. Civ. P. 12(b)(2) [65-1] is DENIED; it is

FURTHER ORDERED that Defendant St. Louis University's Motion to Dismiss the Complaints for Lack of Personal Jurisdiction [69-1] is DENIED; it is

FURTHER ORDERED that the Motion of Council of Medical Specialty Societies to Dismiss the Complaint for lack of personal jurisdiction [71-1] is GRANTED; it is

FURTHER ORDERED that the Motion of Defendant American Medical Association to Dismiss the Complaints Against It for Failure to State a Claim and Conditional Motion to Compel Arbitration [83-1] is DENIED in part and GRANTED in part; the conditional motion to compel arbitration is DENIED; the motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim is GRANTED; it is

FURTHER ORDERED that the American Board of Medical Specialties' Motion to Dismiss the Complaint for lack of personal jurisdiction [89-1] is GRANTED; it is

FURTHER ORDERED that Baylor College of Medicine's Motion to Dismiss for Lack of Personal Jurisdiction [91-1] is DENIED; it is

FURTHER ORDERED that Defendant Cedars-Sinai's Motion to Dismiss the Complaints Pursuant to Fed. R. Civ. P. 12(b)(2) [92-1] is DENIED; and it is

FURTHER ORDERED that the Motion to Dismiss of Defendant Accreditation Council for Graduate Medical Education [104-1] is DENIED; it is

FURTHER ORDERED that this case is dismissed against the following defendants with prejudice: the American Hospital Association, Yeshiva University, and the American Medical Association; and it is

FURTHER ORDERED this case is dismissed against the following defendants without prejudice: Washington University Medical Center, the Counsel for Medical Specialty Societies, and the American Board of Medical Societies.

SO ORDERED.

______________________________
PAUL L. FRIEDMAN
United States District Judge

DATE: