# United States Court of Appeals
### For The District of Columbia Circuit

**No. 04-7023**           **September Term, 2003**

02cv00873

Filed On:

Paul Jung, M.D., et al.,
    Appellees

v.

Association of American Medical Colleges, et al.,
    Appellees

National Resident Matching Program,
    Appellant

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
JUL 2 0 2004
CLERK

**BEFORE:** Rogers, Tatel, and Roberts, Circuit Judges

### ORDER

Upon consideration of appellant's "motion to suggest plaintiffs' failure to state a claim" and the responses thereto, it is

**ORDERED**, on the court's own motion, that this interlocutory appeal, including appellant's motion, be held in abeyance pending the district court's disposition of a motion for judgment on the pleadings and a motion for reconsideration of that court's order denying various defendants' motions to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2), both of which have been filed in 02cv0873, the same district court action as underlies this interlocutory appeal.

The parties are directed to file motions to govern further proceedings within thirty days of the district court's disposition of the motion for judgment on the pleadings and motion for reconsideration of that court's order denying various defendants' motions to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2).

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**