UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL JUNG, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ASSOCIATION OF AMERICAN )<br>  MEDICAL COLLEGES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 02-0873 (PLF) |

ORDER AND JUDGMENT

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that the motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure [259] is GRANTED with respect to the 14 defendants that have filed answers; it is

FURTHER ORDERED that with respect to the remaining 15 movants that have not yet filed answers, the motion for judgment on the pleadings shall be treated as a motion to dismiss for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and it is GRANTED; it is

FURTHER ORDERED that defendant National Resident Matching Program's motion to strike plaintiffs' statement [190] is DENIED as moot; it is

FURTHER ORDERED that defendant National Resident Matching Program's motion to strike plaintiffs' response opposing defendant NRMP's motion for protective order [191] is DENIED as moot; it is

FURTHER ORDERED that the consent motion for entry of a stipulated order on experts' discovery [201] is DENIED as moot; it is

FURTHER ORDERED that plaintiffs' motion for class certification [205] is DENIED as moot; it is

FURTHER ORDERED that defendants' motion to compel class discovery [223], [225] is DENIED as moot; it is

FURTHER ORDERED that plaintiffs' motion to amend or correct order staying class discovery [234] is DENIED as moot; it is

FURTHER ORDERED that plaintiffs' motion for a protective order [235] is DENIED as moot;

FURTHER ORDERED that plaintiffs' amended motion for class certification [238] is DENIED as moot; it is

FURTHER ORDERED that defendant National Resident Matching Program's motion to stay proceedings pending appeal [239] is DENIED as moot; it is

FURTHER ORDERED that certain defendants' motion for a certificate of appealability [241] is DENIED as moot; it is

FURTHER ORDERED that defendants' motion to stay proceedings pending appeal [243] is DENIED as moot; it is

FURTHER ORDERED that plaintiffs' motion to amend the complaint [248] is DENIED as moot; it is

FURTHER ORDERED that certain defendants' motion to reconsider the Rule 12(b)(2) jurisdiction ruling [260] is DENIED as moot; it is

FURTHER ORDERED that judgment on the pleadings is entered for defendants and the case is DISMISSED for failure to state a claim; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  <u>See</u> Rule 4(a), Fed. R. App. P.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: