UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL JUNG, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ASSOCIATION OF AMERICAN )<br>  MEDICAL COLLEGES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 02-0873 (PLF) |

ORDER

Mr. Irving Freeman, a law student at the Duquesne University School of Law in Pittsburgh, Pennsylvania has requested a waiver of the electronic public access fees in connection with this case so that he can pursue individual research with the eventual goal of publication. Because Mr. Freeman is an individual researcher associated with an educational institution, and the Court has concluded that the electronic public access fees would impose an unreasonable burden on him, the Court will grant Mr. Freeman a limited waiver of the fees normally imposed. Accordingly, it is hereby

ORDERED that Mr. Freeman shall be granted a waiver of the electronic public access fees with respect to the above-captioned case through April 30, 2005.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 26, 2005